**EXHIBIT C**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,305,598**
**Registered Mar. 30, 2021**
**Int. Cl.: 30**
**Trademark**
**Principal Register**

Crumbl LLC (UTAH LIMITED LIABILITY COMPANY)
815 W. University Parkway
Orem, UTAH 84058

CLASS 30: Bakery goods, namely, cookies

FIRST USE 9-27-2018; IN COMMERCE 11-28-2018

The color(s) pink and black is/are claimed as a feature of the mark.

The mark consists of a of a product packaging design configuration consisting of a pink package with the stylized design of four cookies outlined in black with black chocolate chips, the first being a whole cookie, the next cookie having a small bite taken out, the third cookie with a large bite, and the last cookie is half eaten with crumbs next to it; on the lower part of the packaging is the stylized design of a chef with a chef hat and mustache, all in black, to the right of which is the wording "CRUMBL COOKIES" in black. The matter shown in broken lines depicting the shape of the box show the placement of the mark and is not claimed as part of the mark. The shape of the box is not claimed as a feature of the mark. The white background is not claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 5855051, 5910669

No claim is made to the exclusive right to use the following apart from the mark as shown: "CRUMBLE COOKIES"

SER. NO. 90-099,708, FILED 08-07-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.