# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRUMBL LLC, a Utah Limited Liability Company, CRUMBL IP, LLC, a Utah Limited Liability Company, and CRUMBL FRANCHISING, LLC, a Utah Limited Liability Company,<br><br>  Plaintiffs,<br><br>vs.<br><br>CRAVE COOKIES, LLC, a Utah Limited Liability Company, and CRAVE COOKIES FRANCHISING, LLC,<br><br>  Defendants. | **STIPULATED ORDER OF DISMISSAL**<br><br>Civil No. 2:22-cv-00319-TC-CMR<br><br>Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

Upon the joint motion of the parties, for good cause appearing, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that all claims in this action (including any counterclaims, cross-claims, or third-party claims) against Crave Cookies, LLC and Crave Cookies Franchising, LLC are hereby dismissed, with prejudice; each party to bear its own fees and costs.

There being no remaining claims against any party plaintiff or defendant, it is further ORDERED that the action be dismissed and closed in its entirety.

DATED this 20th day of July, 2023

BY THE COURT:

_Tena Campbell_
TENA CAMPBELL
United States District Judge