AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the District of Utah_____ on the following

☒ Trademarks or  ☐ Patents .  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:22-cv-00319-DAO | DATE FILED<br>5/10/2022 | U.S. DISTRICT COURT<br>District of Utah, 351 S. West Temple, Rm. 1.100, Salt Lake City, UT 84101 |
|---|---|---|
| PLAINTIFF<br>CRUMBL LLC, CRUMBL IP, LLC and CRUMBL FRANCHISING, LLC | | DEFENDANT<br>CRAVE COOKIES, LLC and CRAVE COOKIES FRANCHISING, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,855,051 | 9/10/2019 | Crumbl, LLC |
| 2 | 5,910,669 | 11/12/2019 | Crumbl, LLC |
| 3 | 6,305,598 | 3/30/2021 | Crumbl LLC |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | | |
|---|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed with prejudice on stipulated motion, 7/20/23. |

| CLERK<br>D. Mark Jones | (BY) DEPUTY CLERK<br>/s/Aimee Trujillo | DATE<br>7/20/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy